IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

GEORGIA ROGERS, et al.,              *

     Plaintiffs,                 *

v.                           *     CIVIL ACTION NO.
                                8:14 CV-02940-PWG

HOUSING AUTHORITY OF PRINCE     *
GEORGE'S COUNTY, et al.,

                              *

     Defendants.

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## JOINT STATUS REPORT

Plaintiff Shantay Ross and Defendants, Housing Authority of Prince George's County and its Executive Director Eric C. Brown by their undersigned attorneys, and respectfully submit this Joint Status Report as required by the Court's May 25, 2016 Paperless Order ECF 53 and state as follows:

1.     The Parties have reached an agreement in principle to resolve this litigation, are in the process of finalizing its terms, and request another 30 days to do so.

2.     Counsel for Ms. Ross has seen this Joint Status Report and has authorized Carrie Blackburn Riley to electronically sign this Joint Status Report on their behalf.

WHEREFORE, the Parties respectfully request that the Court provide the Parties with an

additional thirty (30) days to finalize documentation necessary to resolve their dispute and file the dismissal.


Dated: June 10, 2016                                    Respectfully submitted,


                                                       **Maryland Legal Aid Bureau**

                                                       /s/  CBR with permission
                                                       _____
                                                       Sabrina B. Wear, Esq.
                                                       MARYLAND LEGAL AID BUREAU
                                                       Maryland Legal Aid
                                                       Metropolitan Maryland Office
                                                       8401 Corporate Drive, Suite 200
                                                       Landover, MD 20785
                                                       Phone: (301) 560-2145
                                                       Fax: (301) 429-8743
                                                       E-mail: swear@mdlab.org
                                                       Bar No: 16922


                                                       Susan B. Cassidy, Esq.*
                                                       Anuj Vohra, Esq.*
                                                       Nooree Lee, Esq.*
                                                       Alexander Hastings, Esq.*
                                                       COVINGTON & BURLING LLP.
                                                       One CityCenter
                                                       850 Tenth Street, NW
                                                       Washington, DC 20001-4956
                                                       Phone: (202) 662-6000
                                                       Fax:    (202) 778-5348
                                                       Email:  scassidy@cov.com
                                                               avohra@cov.com
                                                               nlee@cov.com

                                                       *Admitted pro hac vice

                                                       *Counsel for Plaintiffs*

Carrie Blackburn Riley
Federal Bar No. 22778

Blackburn Riley, LLC
828 Dulaney Valley Road, Suite 4
Baltimore, Maryland 21204
410-825-8088
410-215-8279 cell
410-321-4944 fax
cbr@BlackburnRiley.com

Attorney for Defendants
Housing Authority of Prince George's
County and Eric C. Brown

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of June, 2016, I electronically filed the

foregoing Joint Status Report with the Clerk of the Court using the CM/ECF system, which will

send a notice of electronic filing to all counsel of record.

Carrie Blackburn Riley