IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| GEORGIA ROGERS, et al., | * | |
| Plaintiffs, | * | |
| v. | * | CIVIL ACTION NO. 8:14 CV-02940-PWG |
| HOUSING AUTHORITY OF PRINCE GEORGE'S COUNTY, et al., | * | |
| | * | |
| Defendants. | | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**JOINT STATUS REPORT**

Plaintiff Shantay Ross and Defendants, Housing Authority of Prince George's County and its Executive Director Eric C. Brown, by their undersigned attorneys, respectfully submit this Joint Status Report as required by the Court's June 16, 2016 Paperless Order ECF 55. Defendants state as follows:

1. On March 9, 2016, Defendants filed a Suggestion of Death Pursuant to Federal Rule of Civil Procedure 25(a)(2).  (See ECF 47).

2. On March 2, 2016, Defendants effected service of that document by certified mail on Karen Callaham, 7504 Harrison Lane, Temple Hills, Maryland.  (See Ex. 1, attached signed green card).

3. On March 28, 2016, Defendants served the document by private process on Rod March as husband/resident at 7504 Harrison Lane, Temple Hills Maryland.  (See Ex. 2 Affidavit of Service).

4. On April 12, 2016, Ms. Callaham called and spoke with Stacie Farley, an associate with Blackburn Riley, LLC.  Ms. Farley gave Ms. Callaham Sabrina Wear's name and contact information and advised her that Ms. Wear and her office were Georgia Rogers's former counsel.

5. Upon information and belief, neither Ms. Callaham, nor anyone else associated with the late Georgia Rogers, has taken any action to pursue Ms. Roger's claim or substitute their appearance as her successor or representative.

6. Over ninety days has passed since service of that Suggestion of Death.  Accordingly, in accordance with Federal Rule of Procedure 25(a), Defendants seek permission to file a motion to request Ms. Rogers's claim be dismissed with prejudice and no future substitution of parties be permitted.

7. Counsel for Ms. Ross has seen this Joint Status Report and takes no position with regard to Defendants' request for leave to file a motion to dismiss Ms. Rogers' claim.

8. Counsel for Ms. Ross has authorized Carrie Blackburn Riley to electronically sign this Joint Status Report on their behalf.

   WHEREFORE, Defendants respectfully request that the Court authorize Defendants to file a motion to dismiss related to the suggestion of death as it relates to Ms. Rogers' claim. Plaintiff Ross takes no position.

Dated: June 28, 2016                                    Respectfully submitted,

**Maryland Legal Aid Bureau**

/s/  CBR with permission

_____
Sabrina B. Wear, Esq.
MARYLAND LEGAL AID BUREAU
Maryland Legal Aid
Metropolitan Maryland Office
8401 Corporate Drive, Suite 200
Landover, MD 20785
Phone: (301) 560-2145
Fax: (301) 429-8743
E-mail: swear@mdlab.org
Bar No: 16922


Susan B. Cassidy, Esq.*
Anuj Vohra, Esq.*
Nooree Lee, Esq.*
Alexander Hastings, Esq.*
COVINGTON & BURLING LLP.
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Phone: (202) 662-6000
Fax:    (202) 778-5348
Email: scassidy@cov.com
            avohra@cov.com
            nlee@cov.com

*Admitted pro hac vice

*Counsel for Plaintiffs*


_____
Carrie Blackburn Riley
Federal Bar No. 22778

Blackburn Riley, LLC

3

828 Dulaney Valley Road, Suite 4
Baltimore, Maryland 21204
410-825-8088
410-215-8279 cell
410-321-4944 fax
cbr@BlackburnRiley.com

Attorney for Defendants
Housing Authority of Prince George's
County and Eric C. Brown

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28th day of June, 2016, I electronically filed the foregoing Joint Status Report with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

_____
Carrie Blackburn Riley